*E-FILED -10/24/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO CEJA MAGANA,<br><br>Defendant. | NO. CR-96-20057-RMW<br><br>ORDER DENYING MOTION FOR SENTENCING RELIEF<br><br>[Dkt. 174] |

Defendant's motion for sentencing relief is denied without prejudice to an appropriate claim for relief following exhaustion.

DATED: 10/24/11

RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION FOR SENTENCING RELIEF
NO. CR-96-20057-RMW

| | |
|---|---|
| 1 | |
| 2 | Copy of Order Mailed on **10/24/11** to: |
| 3 | Mario Ceja Magana<br>Reg. #00343-111 |
| 4 | Flightline Unit/GEO Group<br>2001 Rickabaugh Drive |
| 5 | Big Spring, TX 79720 |
| 6 | |
| 7 | Copy of Order E-Filed to Government Counsel |

ORDER DENYING MOTION FOR SENTENCING RELIEF
NO. CR-96-20057-RMW